UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 20-3300


JULIANA MARTIREZ ARREAGA BRAVO,
Petitioner


v.


ATTORNEY GENERAL UNITED STATES OF AMERICA


(Agency No. A209-004-970)


Present: GREENAWAY JR., Circuit Judge


_____ORDER_____

The Court will issue an Amended Opinion removing internal citations to the record that were inadvertently included in the Opinion issued on October 28, 2021. The changes to the Opinion are clerical in nature and will have no effect on the Judgment, which will remain intact.


By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge


Dated:      December 23, 2021
SLC/cc:     Lindsay Marshall, Esq.
            Jeffrey R. Meyer, Esq.
            Brett A. Tarver, Esq.
            Anthony C. Vale, Esq.